IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHARYEL PERRY, *individually and on behalf of others similarly situation* | * |
| | * |
| Plaintiff, | Case No. 4:19-CV-106-CDL |
| v. | * |
| METROPOLITAN LIFE INSURANCE COMPANY, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 7, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of January, 2020.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk